◼ In the Matter of THOMAS J. KRUPA, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [16 NYS3d 483]—Appeal from a judgment of the Supreme Court (McDonough, J.), entered November 25, 2014 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Judgment affirmed. No opinion.

Peters, P.J., Egan Jr., Rose and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.